# UNITED STATES DISTRICT COURT

for the
Western District of Pennsylvania

**STEWART ABRAMSON, individually and on behalf of a class of all persons and entities similarly situated**

*Plaintiff*

v.

**LINE 5, LLC; HEADSTART WARRANTY GROUP LLC; MLB GLOBAL, LLC d/b/a BENCHMARK WARRANTY**

*Defendant*

)
)
)
)
)
)
)
)
)

Civil Action No. 2:25-cv-00288-PLD

## AFFIDAVIT OF SERVICE

I, Amy Smith, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to MLB Global LLC in Cape Girardeau County, MO on February 28, 2025 at 4:18 pm at 1028 North Kingshighway Street, Cape Girardeau, MO 63701 by leaving the following documents with Tiffany (refused last name) who as Employee at United States Corporation Agents Inc. is authorized by appointment or by law to receive service of process for MLB Global LLC.

Summons & Complaint

Additional Description:
I'll documents for served upon first attempt I have the return form (proof of service) that I will be scanning and sending to you within the hour.

White Female, est. age 25-34, glasses: N, Auburn hair, 180 lbs to 200 lbs, 5' 9" to 6'.
Geolocation of Serve: https://google.com/maps?q=37.3060193,-89.5518678
Photograph: See Exhibit 1

Total Cost: $119.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

Scott County                              ,

MO        on      3/4/2025              .

/s/ *Amy Smith*

Signature
Amy Smith
+1 (573) 382-0892



