# AFFIDAVIT OF SERVICE

| Case:<br>2:25-cv-00288 | Court:<br>In the United States District Court for the Western District of Pennsylvania | Job:<br>13060925 (923056) |
|---|---|---|
| **Plaintiff / Petitioner:**<br>STEWART ABRAMSON, individually and on behalf of a class of all persons and entities similarly situated | | **Defendant / Respondent:**<br>LINE 5, LLC, HEADSTART WARRANTY GROUP LLC and MLB GLOBAL, LLC d/b/a BENCHMARK WARRANTY |
| **Received by:**<br>Harris Investigations, LLC | | **For:**<br>Proof Serve |
| **To be served upon:**<br>HEADSTART WARRANTY GROUP LLC | | |

I, Juliet Jones, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Mario Medina, Attorney, 502 West 7th Street SUITE 100, Erie, PA 16502
**Manner of Service:** Business, Apr 9, 2025, 4:42 pm EDT
**Documents:** Summons in Civil Action, Cvivl Cover Sheet, Class Action Complaint, Jury Demand (Received Apr 8, 2025 at 9:59am EDT)

**Additional Comments:**
1) Successful Attempt: Apr 9, 2025, 4:42 pm EDT at 502 West 7th Street SUITE 100, Erie, PA 16502 received by Mario Medina, Attorney. Age: 52; Ethnicity: Caucasian; Gender: Male; Weight: 175; Height: 5'8"; Hair: Gray; Eyes: Blue; Other: Approximately 52 year old man identified himself as Mario Medina an attorney. He was wearing a tie and glasses.;
Gave documents to Mario Medina an attorney.

_____  4-9-25
Juliet Jones                 Date

Harris Investigations, LLC
PO Box 304
Lansdale, Pa 19446
814-490-2358

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public

4/9/25                         1/15/29
Date          Commission Expires

```
COMMONWEALTH OF PENNSYLVANIA - NOTARY SEAL
Nikayla Young, Notary Public
Allegheny County
My Commission Expires 1/15/2029
Commission # 1384882
```