**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| STEWART ABRAMSON, individually and on behalf of a class of all persons and entities similarly situated,<br><br>　　　　　Plaintiff<br><br>vs.<br><br>LINE 5, LLC, HEADSTART WARRANTY GROUP LLC and MLB GLOBAL, LLC d/b/a BENCHMARK WARRANTY<br><br>　　　　　Defendants. | Case No. 2:25-cv-00288-PLD |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE OF**
**MLB GLOBAL, LLC d/b/a BENCHMARK WARRANTY**

　　　　Plaintiff files this Notice of Voluntary Dismissal without Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A) of MLB Global, LLC d/b/a Benchmark Warranty *only*. This matter will continue against the remaining defendants.

Dated: May 16, 2025　　　　　　　PLAINTIFF,
　　　　　　　　　　　　　　　　By his attorney,

　　　　　　　　　　　　　　　　*/s/ Anthony I. Paronich*
　　　　　　　　　　　　　　　　Anthony I. Paronich
　　　　　　　　　　　　　　　　Paronich Law, P.C.
　　　　　　　　　　　　　　　　350 Lincoln Street, Suite 2400
　　　　　　　　　　　　　　　　Hingham, MA 02043
　　　　　　　　　　　　　　　　(508) 221-1510
　　　　　　　　　　　　　　　　anthony@paronichlaw.com

2

## **CERTIFICATE OF SERVICE**

I, hereby certify that on May 16, 2025, I filed the foregoing with the Court's CM/ECF system, which served the same on the counsel of record. I also electronically transmitted the request to the remaining parties.

>                             */s/ Anthony Paronich*
>                              Anthony Paronich