## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEWART ABRAMSON *individually and on behalf of a class of all persons and entities similarly situated*,<br><br>        Plaintiff,<br><br>vs.<br><br>LINE 5, LLC, et al.,<br><br>        Defendants. | 2:25-cv-00288<br><br>Magistrate Judge Patricia L. Dodge |

## **ORDER**

It is hereby **ORDERED** that a Telephonic Initial Case Management Conference in the above-captioned case is scheduled for June 20, 2025 at 9:00 a.m. Pursuant to Federal Rule of Civil Procedure 26(f), the parties shall confer no later than June 6, 2025 with respect to all matters outlined in Fed. R. Civ. P. 26(f). The parties shall file the written report required by Rule 26(f), which shall be in the form set forth in Appendix LCvR16.1.A of the Court's Local Rules, no later than June 13, 2025. In addition, pursuant to Local Rule 16.2, no later than June 13, 2025, the parties shall file the Stipulation Selecting ADR Process, which is available on the Court's website www.pawd.uscourts.gov. Unless otherwise ordered or extended by the Court for good cause shown, the ADR process shall be held within 60 days after the initial scheduling conference (see LCvR 16.1.A.2). This is a presumptive timeline for the ADR proceeding, subject to adjustment by the Court to meet the needs of the case.

It is further **ORDERED** that no later than June 9, 2025, the parties shall either consent to jurisdiction by the magistrate judge or elect to have a district judge assigned to the case by completing the Consent to Jurisdiction by United States Magistrate Judge/District Judge Option form, found on the Court's website, and shall file the form with the Clerk's Office.

**SO ORDERED** this 19th day of May, 2025.

<u>/s/Patricia L. Dodge</u>
PATRICIA L. DODGE
UNITED STATES MAGISTRATE JUDGE