IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **STEWART ABRAMSON,** individually and on behalf of a class of all persons and entities similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> **LINE 5, LLC; HEADSTART WARRANTY GROUP LLC;** and **MLB GLOBAL, LLC d/b/a BENCHMARK WARRANTY**, <br><br> Defendants. | CIVIL DIVISION <br><br> **Case No.  2:25-cv-00288-PLD** <br><br> **ELECTRONICALLY FILED** <br><br> **JURY TRIAL DEMANDED** |

**STIPULATION SELECTING ADR PROCESS**

Counsel report that they have met and conferred regarding Alternative Dispute Resolution (ADR) and have reached the following stipulation pursuant to L.R. 16.2 and the Court's ADR Policies and Procedures.

**I.     PROCESS**

Select one of the following processes:
        __X_ Mediation
        __ __ Early Neutral Evaluation (ENE)
        _____ Court sponsored Binding[1] Arbitration
        _____ Court sponsored Non-binding Arbitration
        _____ Other (please identify process and provider)_____

**If you are utilizing a private ADR process, such as the American Arbitration Association, be advised that the case is still governed by the Court's ADR Policies and Procedures. It is the responsibility of counsel to ensure that all of the proper forms are timely submitted and filed, as required by Policies and Procedures.**

**II.    COSTS**

The parties have agreed to share the ADR costs as follows (do not complete percentages for Court sponsored arbitration. For that process, costs are paid by the Court in accordance with 28 USC §658.):

        _____% by Plaintiff(s)
        _____% by Defendant(s)
        _____% by Third Party Defendant(s)

---

[1] ¹For binding arbitration, please complete form "Stipulation to Binding Arbitration" located on the Court's website at www.pawd.uscourts.gov

If a dispute arises as to compensation and costs for the mediator/neutral evaluator/private arbitrator, the Court will set reasonable compensation and costs.

### III. NEUTRAL

The parties hereby designate by agreement the following individual to serve as a Neutral in the above-styled action:

| | |
|---|---|
| Name of Neutral: | Hon. Kenneth J. Benson (Ret.) |
| Address of Neutral: | Justus ADR Services, LLC, |
| | PO Box 101824, Pittsburgh, PA 15237 |
| Telephone & FAX Numbers: | 412-281-9112 |
| Email address of Neutral: | luke.myslinski@justusadr.com |

**Date of ADR Session:** The parties have reached out to Judge Benson and have received dates for Mediation in July, with additional dates forthcoming in August for the Mediation.

### IV. PARTICIPANTS

Name and title of the individual(s) who will be attending the mediation or early neutral evaluation session, **in addition to counsel,** in accordance with **Section 2.7 (Attendance at Session)** of the Court's ADR Policies and Procedures:

| | |
|---|---|
| Anthony Paronich | Stewart Abramson |
| Attorney for Plaintiff(s) | Plaintiff |
| | |
| | Corporate Representative |
| | (Name and Title) |
| | |
| Britt Suttell | Line 5, LLC . |
| Attorney for Defendant(s) | Defendant |
| | |
| | Corporate Representative |
| | (Name and Title) |
| | |
| Andrew Schwartz & Barry Gauglardi | Headstart Warranty Group LLC |
| Attorney for Defendant(s) | Defendant(s) |
| | |
| | Tim Schurr, CEO |
| | Corporate Representative |
| | (Name and Title) |

If there is insufficient space to list all parties who will be attending the session, please add additional sheets as necessary.

Each party certifies that the representative(s) attending the ADR session on its behalf has full and complete settlement authority, **as specified in sub-section (A)(1-3) of the above section of the Court's ADR Policies and Procedures.**

## V.     ACKNOWLEDGMENT

We, the undersigned parties to this action, declare that this stipulation is both consensual and mutual.

Dated: 6/12/2025          s/ Anthony Paronich
                          Attorney(s) for Plaintiff(s)


Dated:  6/12/2025         s/ Britt Suttell
                          Attorney for Defendant Line 5 LLC


Dated:  6/12/2025         s/ Andrew M. Schwartz
                          Attorney for Defendant Headstart Warranty Group LLC