**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **STEWART ABRAMSON,** individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**LINE 5, LLC; HEADSTART WARRANTY GROUP LLC;** and **MLB GLOBAL, LLC d/b/a BENCHMARK WARRANTY**,<br><br>Defendants. | **Case No.  2:25-cv-00288-PLD** |

**PART 1: JOINT CONSENT TO JURISDICTION BY UNITED STATES MAGISTRATE JUDGE (USE ONLY IF ALL PARTIES CONSENT)**

In accordance with the provisions of Section 636(c)(1) of Title 28, United States Code, we voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial and entry of a final judgment, with direct review by the United States Court of Appeals for the Third Circuit if an appeal is filed.

Date: _____        _____
                             Counsel for Plaintiff


Date: _____        _____
                             Counsel for Defendant,
                             Headstart Warranty Group LLC


Date: _____        _____
                             Counsel for Defendant, Line 5, LLC

1

**PART 2: DISTRICT JUDGE OPTION**

Pursuant to Section 636(c)(2) of Title 28, United States Code, we acknowledge the availability of a United States Magistrate Judge but we elect to have this case randomly assigned to a United States District Judge.


Date:   06/12/2025        _/s/ Anthony Paronich_____
                          Counsel for Plaintiff


Date:   06/12/2025        /s/ Andrew M. Schwartz____
                          Counsel for Defendant,
                          Headstart Warranty Group LLC


Date:   06/12/2025        _/s/Brit J. Suttell_____
                          Counsel for Defendant, Line 5, LLC