IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **STEWART ABRAMSON,** individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**LINE 5, LLC; HEADSTART WARRANTY GROUP LLC;** and **MLB GLOBAL, LLC d/b/a BENCHMARK WARRANTY**,<br><br>Defendants. | Case No. 2:25-cv-00288-PLD |

**NOTICE OF MOTION OF DEFENDANT HEADSTART WARRANTY GROUP LLC'S TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(1)**

**PLEASE TAKE NOTICE** that upon the annexed Memorandum of Law and upon all the prior pleadings and proceedings had herein, Defendant Headstart Warranty Group LLC will move this Court, located at the Joseph F. Weis, Jr. U.S. Courthouse, 700 Grant Street, Pittsburgh, Pennsylvania 15219, pursuant to Fed. R. Civ. P. 12(b)(1), to dismiss or transfer this action pursuant to the first-filed rule as the present action asserts nearly identical claims as an earlier filed class action in the

Middle District of Pennsylvania styled *Friel v. Line 5, LLC; Headstart Warranty Group LLC and JEA Management Services d/b/a Covered Auto*, Case NO. 3:24-cv-1866-JKM (M.D. Pa.). A proposed form of order accompanies this motion.

Dated: July 3, 2025

        Respectfully submitted,

        **MESSER STRICKLER BURNETTE, LTD.**

        */s/ Andrew M. Schwartz*
        Andrew M. Schwartz
        935 E. Lancaster Ave., #1003
        Downingtown, PA 19335
        ☎: (320) 434-9664
        🖷: (312) 334-3474
        aschwartz@messerstrickler.com
        *Attorneys for Defendant*
        *Headstart Warranty Group LLC*