# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **STEWART ABRAMSON,** individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**LINE 5, LLC; HEADSTART WARRANTY GROUP LLC;** and **MLB GLOBAL, LLC d/b/a BENCHMARK WARRANTY**,<br><br>Defendants. | **Case No. 2:25-cv-00288-PLD** |

[Proposed] **ORDER**

Upon consideration of the Motion to Dismiss of Defendant Headstart Warranty Group, LLC, all pleadings in this action and for good cause shown, it is hereby **ORDERED** that the Motion is **GRANTED** and this action is **DISMISSED WITHOUT PREJUDICE.**

Dated this ___ day of July 2025

_____
Hon. Patricia L. Dodge
United States Magistrate Judge