IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEWART ABRAMSON, individually and on behalf of a class of all persons and entities similarly situated, : : : | Case No. 2:25-cv-00288-PLD |
| Plaintiff(s), : | |
| v. : | |
| LINE 5, LLC; HEADSTART WARRANTY GROUP LLC; and MLB GLOBAL, LLC d/b/a BENCHMARK WARRANTY, : : : : | |
| Defendant(s). : | |

### DEFENDANT LINE 5, LLC'S JOINDER IN DEFENDANT HEADSTART WARRANTY GROUP LLC'S MOTION TO DISMISS

Defendant Line 5, LLC ("Line 5") hereby joins in Defendant Headstart Warranty Group LLC's ("Headstart") Motion to Dismiss Plaintiff's Class Action Complaint Pursuant to FED. R. CIV. P. 12(b)(1), ECF 24 & 25, insofar as the Motion to Dismiss relates to Plaintiff's claims regarding telemarketing calls and respectfully requests that this Court grant Headstart's Motion and extend its relief to Line 5.

Line 5 understands that Plaintiff's Complaint contains certain allegations of direct liability as to Line 5, only, with respect to certain text messages. *See, e.g.*, ECF 1, ¶¶ 35, 41, 43, 44. Line 5 would respectfully request that the Court sever those allegations from Plaintiff's telemarketing claims (which should be dismissed pursuant to Headstart's Motion).

WHEREFORE, Defendant Line 5, LLC respectfully requests that this Court grant Defendant Headstart Warranty Group LLC's Motion to Dismiss Plaintiff's Class Action Complaint Pursuant to FED. R. CIV. P. 12(b)(1) and extend its relief to Defendant Line 5, LLC.

Respectfully submitted,

**BARRON & NEWBURGER, P.C.**

By: /s/ Brit J. Suttell
BRIT J. SUTTELL, ESQUIRE
PA Id. No. 204140
6100 219th St. SW, Suite 480
Mountlake Terrace, WA  98043
(484) 999-4232
britjsuttell@bn-lawyers.com
Counsel for Defendant Line 5, LLC

Dated: July 7, 2025

2

## CERTIFICATE OF SERVICE

I certify that on July 7, 2025, a true copy of the foregoing document was served on all counsel of record via CM/ECF.

                        **BARRON & NEWBURGER, P.C.**

By:    /s/ Brit J. Suttell
         BRIT J. SUTTELL, ESQUIRE
         PA Id. No. 204140
         6100 219th St. SW
         Suite 480
         Mountlake Terrace, WA  98043
         (484) 999-4232
         britjsuttell@bn-lawyers.com
         Counsel for Defendant Line 5, LLC