IN IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEWART ABRAMSON, individually and on behalf of a class of all persons and entities similarly situated,<br><br>       Plaintiff<br><br>vs.<br><br>LINE 5, LLC, HEADSTART WARRANTY GROUP LLC and MLB GLOBAL, LLC d/b/a BENCHMARK WARRANTY<br><br>       Defendants. | Case No. 25-cv-288 |

## **MOTION FOR EXTENSION OF TIME**

The Plaintiff respectfully requests that he receive an extension of time to July 31, 2025 in order to oppose Defendants' Motion to Dismiss, including Line 5's Joinder. This additional time is required to address all of the arguments made in the motions as well as due to conflicts that are present.

The Plaintiff conferred with the Defendants, who conditioned their consent on an extension to a stay on their discovery responses, which the Plaintiff was not will to do.

WHEREFORE, the Plaintiff respectfully requests that this Motion be granted.

                                                  */s/ Anthony I. Paronich*
                                                  Anthony I. Paronich
                                                  Paronich Law, P.C.
                                                  350 Lincoln Street, Suite 2400
                                                  Hingham, MA 02043
                                                  Tel: (617) 485-0018
                                                  anthony@paronichlaw.com
                                                  *Counsel for Plaintiff and the proposed class*

Dated: July 14, 2025

## **CERTIFICATE OF SERVICE**

I, Anthony Paronich, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

DATED this July 14, 2025.

/s/ *Anthony I. Paronich*
Anthony I. Paronich