# IN IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEWART ABRAMSON, individually and on behalf of a class of all persons and entities similarly situated,<br><br>       Plaintiff<br><br>vs.<br><br>LINE 5, LLC, HEADSTART WARRANTY GROUP LLC and MLB GLOBAL, LLC d/b/a BENCHMARK WARRANTY<br><br>       Defendants. | Case No. 25-cv-288 |

## [PROPOSED ORDER GRANTING] MOTION FOR EXTENSION OF TIME

This matter having come before the Court on the Motion of Plaintiff for an Extension of Time to File a Response to the Defendants' Motions to Dismiss until and including July 31, 2025, and the Court being sufficiently advised, IT IS HEREBY ORDERED that Plaintiff's Motion for an Extension of Time is GRANTED, and Plaintiff is granted an extension of time to file a Response to the Motions to Dismiss until and including July 31, 2025.

DATED this _____.

_____

J.